On respondent's petition for reconsideration filed May 30, motion for relief from default granted; reconsideration allowed; former disposition (203 Or App 614, 125 P3d 1280) withdrawn; affirmed August 2, 2006, petition for review denied January 10, 2007 (342 Or 256)

## STATE OF OREGON,
*Respondent,*

*v.*

## DWAYNE ALLEN HUMBERT,
*Appellant.*

02C-50561; A124690

140 P3d 1146

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals Unit, for petition.

Before Edmonds, Presiding Judge, and Brewer, Chief Judge, and Wollheim, Judge.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).